IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGIO DIAZ, | ) |
| Plaintiff | ) |
| | ) Case No. 12 C 10024 |
| v. | ) |
| | ) |
| SABOR LATINO, INC., JESUS | ) Judge Harry D. Leinenweber |
| M. SIERRA, individually, and | ) |
| MIRIAM SIERRA, individually, | ) |
| | ) Magistrate Judge Sheila Finnegan |
| Defendants | ) |

**PLAINTIFF'S MOTION FOR JUDGMENT**

Plaintiff, through his attorneys, respectfully requests this Court grant his Motion for Judgment and enter Plaintiff's proposed Judgment Order, attached as Exhibit E. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs' lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.* ("FLSA"), the Illinois Minimum Wage Law 820 ILCS §105/1 *et seq.* ("IMWL") and the Illinois Wage Payment Collection Act 820 ILCS §115/1 *et seq.*("IWPCA") for Defendants' (1) failure to pay Plaintiffs minimum wages for all hours worked in violation of the FLSA and IMWL; (2) failure to pay Plaintiffs overtime wages for all time worked in excess of forty (40) hours in a workweek in violation of the FLSA and IMWL; and (3) failure to pay Plaintiffs their earned wages for all time worked at the rates agreed upon by the parties in violation of the IWPCA.

2. On November 28, 2014, Plaintiff filed his Motion for Summary Judgment against Defendant Sabor Latino, Inc.

3. On February 19, 2015 this Court granted Plaintiff's Motion for Summary Judgment against Defendant Sabor Latino and ordered Plaintiffs to submit their prove-up materials.

4. No issues of dispute remain, therefore a judgment is appropriate.

5. This Court scheduled a Prove-Up Hearing for March 18, 2015 at 9:00 a.m.

6. Plaintiff submits the following prove-up materials:

    i. Declaration of Sergio Diaz, attached hereto as Exhibit A;

    ii. Declaration of Christopher J. Williams, attached hereto as Exhibit B;

    iii. Declaration of Alvar Ayala, attached hereto as Exhibit C;

    iv. Declaration of Yolanda Carrillo, attached hereto as Exhibit D; and

    v. Plaintiff's Proposed Judgment Order, attached hereto as Exhibit E.

Plaintiff respectfully requests this Court to enter Plaintiffs' proposed Judgment Order against Defendant Sabor Latino and in favor of Plaintiff and Plaintiff's counsel.

    Respectfully submitted,

Dated: March 16, 2015

    *s/Christopher J. Williams*
    Christopher J. Williams
    Alvar Ayala
    Workers' Law Office, P.C.
    53 W. Jackson, Suite 701
    Chicago, IL 60604
    (312) 795-9121

    Yolanda Carrillo
    Working Hands Legal Clinic
    1 N. LaSalle, Suite 1275
    Chicago, IL 60602
    (312) 795-9115

    Plaintiff's Attorneys